1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

7   ANDREA JOY LYONS, Pro Se;     NO. 1:17-CV-3108-TOR
    MARK GEERHART, Pro Se,
8                                 PROTECTIVE ORDER
                     Plaintiffs,
9
            v.
10  STATE OF WASHINGTON,
    CHILD PROTECTIVE
11  SERVICES, a Division of THE
    DEPARTMENT OF SOCIAL
12  AND HEALTH SERVICES;
    Employee's FRANCESCA
13  GUZMAN In Their Individual
    and Official Capacity; EAST
14  VALLEY ELEMENTARY
    SCHOOL, DISTRICT NO. 90,
15  Yakima County; State of
    Washington; COLEEN
16  CROWSTON, In her official and
    individual capacity as Principal of
17  East Valley Elementary School;
    LISA BARTHELD (Counselor)
18  In Their Individual and Official
    Capacity; CAROLYN SAUVE
19  (Admin. Assist.) In Their
    Individual and Official Capacity;
20  and MELODY-ANN LUKE
    (R.N) In Their Individual and
21  Official Capacity,
                     Defendants.
22

THIS MATTER having come on regularly before this Court on Defendants' Motion for a Protective Order in response to Plaintiffs' first set of discovery to the State of Washington Department of Social Health Services (the Department), and the Court having considered the statutory provisions establishing that the Department's records, files and information requested are confidential and privileged, and also having considered that some of those documents and information are likely to lead to the discovery of admissible evidence in this case, the Court hereby finds that defendant State of Washington is authorized to produce for inspection and copying by counsel for all parties in this case, without redactions, Department case note records of Andrea Lyons and Kevin Teeman regarding alleged abuse or neglect of C.T. by Kevin Teeman, as requested in Plaintiffs' Request for Production No. 1 to defendant State of Washington, including any mental health, drug or alcohol records, subject to the terms of this protective order. In addition, the Department is authorized to release medical records of C.T. that it has in its possession from Yakima Regional Hospital. This protective order shall apply to all documents and information contained in the above-described files maintained by the Department and to depositions hereinafter taken in which said documents are identified, discussed, or otherwise used.

IT IS HEREBY ORDERED that all documents and information contained in the aforementioned Department case files and records of Andrea Lyons and Kevin Teeman, including references to or identification of any other individuals

identified in those investigative files and records, shall not be disclosed to any person, except to the parties and their attorney(s), experts retained by the parties' attorney(s), their staff, persons otherwise entitled to obtain the information pursuant to statutory exemptions from confidentiality, and other individuals as herein provided.

IT IS FURTHER ORDERED that prior to introducing as evidence or otherwise disclosing to a jury the existence of any of the aforementioned information or documents a hearing shall be held outside the presence of the jury wherein the Court will determine the admissibility of the aforementioned information or records.

IT IS FURTHER ORDERED that counsel for the parties shall use all documents and information produced or disclosed pursuant to this Order solely for the purpose of preparation for and trial of this action. Under no circumstances shall information or materials covered by this Order be disclosed to anyone other than as provided in this Order. At the conclusion of the proceedings in this action, including any appeal, all documents and information subject to this order, including any copies or summaries thereof, or documents containing information taken therefrom, shall be returned to counsel for the party producing such documents and/or destroyed by the party having such documents. A copy of this Order shall accompany any copy of the records or information protected by this Order that is released to anyone. No attorney, party, or expert shall disclose any information gained or derived from the

1 aforementioned records to anyone without further order of the Court unless the
2 person to whom the information is disclosed is otherwise entitled to obtain said
3 information pursuant to statutory exemptions from confidentiality.

4     IT IS FURTHER ORDERED that the parties shall be allowed to use the
5 aforementioned documents or information in depositions of Plaintiffs,
6 defendants, medical doctors, psychologists, nurses, counselors, and other
7 persons named and/or identified in any of the aforementioned documents or in
8 consulting with any expert witnesses in this case, subject to the conditions set
9 forth in this Protective Order.

10     IT IS FURTHER ORDERED that this Order shall remain in full force and
11 effect until such time as this Court modifies its terms or releases the parties from
12 its provisions.

13     IT IS SO ORDERED.

14     The District Court Clerk is directed to enter this Order and provide copies
15 to all parties.

16     DATED November, 2017.

17

18               _____

              THOMAS O. RICE
19               Chief United States District Judge

20

21

22